IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRODERICK LEVAR McCOY

VS.                                              CIVIL ACTION NO.  1:13cv515  KS-MTP

DR. RONALD WOODALL, ET AL

## ORDER

This cause is before the Court on Report and Recommendation of Magistrate Judge Michael T. Parker [27], recommending that this Court deny Motion to Dismiss [20] filed by Dr. Ronald Woodall.  The Court has considered the Report and Recommendation and finds that there has been no objection to the Report and Recommendation and that it should be adopted and made a part of this Court's Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Dismiss [20] filed by Dr. Ronald Woodall be and the same is hereby overruled without prejudice.

SO ORDERED this the 4th day of August, 2014.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE