IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRODERICK LEVAR McCOY

VS.                                            CIVIL ACTION NO.  1:13cv515  KS-MTP

DR. RONALD WOODALL

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered herein on August 19, 2015, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court, finds that this matter should be **dismissed** with prejudice as to defendants L. C. Williams and Jalisa Franks.  The case will continue as to the defendants Dr. Ronald Woodall and Ronald King.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same hereby is, **dismissed** with prejudice as to defendants L. C. Williams and Jalisa Franks.  The case will proceed, however, against defendants Dr. Ronald Woodall and Ronald King.

SO ORDERED  this the 2nd day of September, 2015.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE